**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN D. MCGEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01395-PLC |
| | ) | |
| DONNA ANDERSON, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>MEMORANDUM OPINION</u>

In September 2025, Petitioner Kevin D. McGee filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus.  Doc. [1].  In an Order filed on May 5, 2026, the Honorable Patricia L. Cohen ordered Petitioner to show cause in writing why the Court should not deny his Petition as time-barred and dismiss his case.  Doc. [7].  The Order cautioned Petitioner that if he failed to respond or adequately show cause, his case would be dismissed without further notice.  *Id.* at 3. Petitioner has not responded to that Order, and the time for doing so has passed.

For the reasons explained in the May 5, 2026 Order, *see id.*, the Court finds that the Petition is time-barred.  And as explained above, Petitioner did not respond to the Order directing him to show cause why his Petition should not be denied and dismissed as time-barred.  The Court therefore will deny Petitioner's Petition and dismiss this case.  *See* Rule 4 of the Rules Governing Section 2254 Proceedings for the United States District Courts.

The Court now considers whether to issue a certificate of appealability.  *See id.* at Rule 11(a).  For the Court to do so, Petitioner must show "both that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural

ruling." *See Jimenez v. Quarterman*, 555 U.S. 113, 118 n.3 (2009) (citation modified) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Here, Petitioner's Petition is time-barred, and he has provided no basis upon which the Court could issue a certificate of appealability.

Accordingly, the Court will enter herewith an Order of Dismissal denying Petitioner's Petition, dismissing this case with prejudice, and declining to issue a certificate of appealability.

Dated this 11th day of June 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

2